**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
THE CASEY LAW FIRM, LLC
358 Blue River Pkwy Unit E-317
Silverthorne, CO 80498
Tel: (970) 372-6509

*Local / Lead Counsel for Plaintiff and the Proposed Class*

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAINA SCHERER and VERONICA NAVARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAPESTRY, INC., a Maryland corporation; and COACH SERVICES, INC., a Maryland corporation;<br><br>Defendant. | Case No.: 6:26-cv-00211-MTK<br><br>**DECLARATION OF M. RYAN CASEY; PROOF OF MAILING** |

I, M. Ryan Casey, declare:

I am an attorney representing plaintiffs in this matter. This declaration is based upon personal knowledge and is submitted as Proof of Mailing, in compliance with ORS 646.638(2).

1. Attached as Exhibit 1 is a true and accurate copy of the Certified Mailing Receipt issued when my office sent a copy of the complaint in this case to the Attorney General of Oregon.

2. Attached as Exhibit 2 is a true and accurate Certified Mail Return Receipt, showing the complaint was delivered to the Office of the Attorney General.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to Penalty for perjury.

Respectfully submitted,

Dated: April 14, 2026

*/s/ Ryan Casey*

M. Ryan Casey, OSB # 152824
THE CASEY LAW FIRM, LLC
358 Blue River Pkwy Unit E-317
Silverthorne, CO 80498
Email: ryan@rcaseylaw.com

*Attorney for Plaintiff and the Proposed Class*