TIMOHTY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
NICHOLAS R. BOTTCHER, OSB No. 245683
nicholas.bottcher@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

*Attorneys for Defendants Tapestry, Inc. and Coach
Services, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RAINA SCHERER and VERONICA NAVARRO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAPESTRY, INC., a Maryland corporation; and COACH SERVICES, INC., a Maryland corporation,<br><br>Defendants. | Case No.:  6:26-cv-00211-MTK<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

**<u>LR 7-1(a) CERTIFICATION</u>**

Counsel for Defendants and Plaintiffs have conferred about this motion. Plaintiffs do

not oppose the extension requested below.

**<u>MOTION</u>**

Defendants Tapestry, Inc. and Coach Services, Inc. ("Defendants") move this court for

an order extending time to file and serve responses to Plaintiffs' amended complaint by twenty-

one (21) days until and including May 25, 2026.

Page 1 – UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED
COMPLAINT
152794668.1 0085336-00001

Plaintiffs served the summons and complaint on Defendants on February 2, 2026. Plaintiffs then filed an amended complaint on March 3, 2026. Plaintiffs requested that Defendants waive service of the amended complaint on March 5, 2026, which Defendants executed on April 9, 2026. Thus, Defendants' responses to the amended complaint are due on May 4, 2026. An extension of time to answer or otherwise respond is needed to permit Defendants Tapestry, Inc. and Coach Services, Inc's counsel sufficient time to evaluate the facts and allegations sufficient to answer or otherwise respond to Plaintiffs' amended complaint.

Accordingly, Defendants request that the deadline to file and serve their responses to Plaintiffs' amended complaint be extended by 21 days until and including May 25, 2026.

This is Defendants' first request for an extension.  This extension is sought in good faith and not for the purpose of delay.

DATED:  April 30, 2026          STOEL RIVES LLP

*/s/ Nicholas R. Bottcher*
TIMOHTY W. SNIDER, OSB No. 034577
timothy.snider@stoel.com
NICHOLAS R. BOTTCHER, OSB No. 245683
nicholas.bottcher@stoel.com

*Attorneys for Defendants Tapestry, Inc. and Coach Services, Inc.*

Page 2 – UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT

152794668.1 0085336-00001